# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00465-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN SHEA,

    Defendant.

---

## ~~PROPOSED~~ ORDER

---

The Court has for consideration the Government's Motion to Pursuant to 18 U.S.C. § 3145(a)(1) for Amendment of Conditions of Release wherein the Government asks this Court to modify the defendant's conditions of release due to new information regarding the defendant's employment that was not previously disclosed to the government or to the Court. Upon consideration,

**IT IS ORDERED** that the defendant's conditions of release be modified to include additional impositions as follows:

1) Defendant shall not access the internet, with the exception of work related duties. If required to access the internet for work-related duties, the defendant shall notify his employer of the pending charges and a written acknowledgment must be provided by them to assure they have been advised of same;

2) Defendant shall not access, possess, or view any pornography;

3) Defendant shall have no unsupervised contact with minors;

4) Defendant shall not subscribe to any Internet service;

5) Defendant shall cancel any Internet service and provide verification of cancellation to the Probation Department;

6) Defendant shall allow the Probation Department to monitor access to personal computers or laptops and will allow the Probation Department entrance to his residence for such purposes;

7) Defendant shall purge any personal computers or electronic devices of all existing image files containing pornography within 24 hours of release;

8) Defendant shall not use encryption software;

9) defendant shall submit to home confinement in an electronic monitoring program with Global Positioning Satellite (GPS). The defendant shall be restricted to his residence at all times except for employment, education, religious services, medical substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the pretrial services office or supervising officer. The defendant shall pay all or part of the cost of the program based upon the ability to pay determined by the pretrial service office or supervising officer;

10) Defendant shall avoid all contact with any witness who may testify concerning the offense;

11) Defendant shall comply with a specified curfew; and

2

12) Defendant shall immediately terminate his employment with the elementary school at which he has been employed. He is prohibited from seeking any future employment with any other schools with students under the age of 18.

**IT IS SO ORDERED** on this 19Th day of Nov., 2012.

BY THE COURT:

_____
~~JUDGE PHILIP A. BRIMMER~~
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

3