IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00465-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN SHEA,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the Government's Motion to Dismiss Remaining Counts and for Third Point for Acceptance of Responsibility [Docket No. 38]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the part of the motion requesting the dismissal of counts of the indictment is granted. Counts One and Two of the Indictment are dismissed.

    DATED July 8, 2013.

                                          BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge